UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:12-cr-40026-FDS-2 |
| JOHN J. O'BRIEN, ELIZABETH V. TAVARES, and WILLIAM H. BURKE, III, Defendants. | |

**DEFENDANT TAVARES'S RESPONSE TO ORDER
AS TO HEARING ON MOTION FOR RECUSAL**

The defendant, Elizabeth Tavares ("the defendant"), by and through her undersigned counsel, hereby responds to the Court's order dated January 17, 2014, (requesting that the parties state whether they expect to call Paul F. Ware, Jr. and/or any other attorneys from Goodwin Proctor, LLP, as witnesses at trial) that she has not joined the Motion to Recuse filed by co-defendant William Burke.  Because she is not a party to the referenced motion, she takes no position on it.

Dated: January 21, 2014

Respectfully submitted,
ELIZABETH V. TAVARES
By and through her attorneys,

 /s/ *R. Bradford Bailey*
R. Bradford Bailey, BBO#549749
Jeffrey A. Denner, BBO#120520
DENNER♦PELLEGRINO, LLP
Four Longfellow Place, 35th Floor
Boston, Massachusetts 02114
Tel.   617.227.2800
Fax.   617.973.1562
rbb@dennerpellegrino.com
jad@dennerpellegrino.com

**Certificate of Service**

  I, R. Bradford Bailey, hereby certify that on this the 21st day of January 2014, I caused a true copy of the foregoing *Defendant Tavares's Response to Order as to Hearing on Motion for Recusal* to be served upon all necessary parties to this matter by virtue of electronically filing the same via the CM/ECF system.

              /s/ *R. Bradford Bailey*
              R. Bradford Bailey