UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 12-40026-FDS |
| ) | |
| JOHN J. O'BRIEN, ) | |
| ELIZABETH TAVARES, and ) | |
| WILLIAM H. BURKE, III, ) | |
| ) | |
| Defendants. ) | |

## GOVERNMENT'S SUBMISSION PURSUANT TO COURT'S FEBRUARY 24, 2014 ORDER

The Court has ordered the parties to submit a list of potential witnesses for the upcoming trial of this matter who are or were members of the judiciary, elected officials, and/or members of the bar.

The government may call the following present or former members of the state judiciary at the trial of this matter:

1. Catherine Sabaitis
2. Mark Lawton
3. Thomas Brownell
4. Christopher Muse
5. Elizabeth LaStaiti
6. Joseph Hart
7. Edward Reynolds
8. Chouteau Merrill
9. Gail Garinger
10. Kevin Cunningham

11. Tina Page

12. Robert Calagione

13. Bertha Josephson

✓ 14. Robert Kane

15. Paul LoConto

16. Joseph Reardon

17. Rosemary Minehan

✓ 18. Lynda Connolly

19. Gilbert Nadeau

20. Robert Brennan

✓ 21. Robert Mulligan

The government may call the following present or former elected officials at the trial of this matter:

1. Senator Jack Hart

2. Senator Stephen Buonoconti

3. Senator Fred Berry

4. Representative Steven Walsh

5. Representative Michael Costello

6. Representative John Rogers

7. Representative Charles Murphy

8. Representative Robert Rice

9. Representative James O'Day

10. Representative Harold Naughton

11. Representative Ann Gobi

12. Representative Kevin Honan

13. Representative Byron Rushing

14. Representative Michael Moran

15. Representative David Linsky

16. Representative Vincent Pedone

17. Representative David Nangle

18. Representative Garrett Bradley

The government may call the following attorneys at the trial of this matter:

1. James Kennedy

2. Thomas Murray

3. Daniel Sullivan

4. Mark Conlon

5. Jean Strauten Driscoll

6. Edward McDermott

7. Daniel Toscano

The United States reserves the right to supplement this list if the testimony of additional witnesses becomes necessary based upon developments that occur up to and during the trial.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:   /s/ Fred M. Wyshak, Jr.
       Fred M. Wyshak, Jr.
       Karin M. Bell
       Robert A. Fisher
       Assistant U.S. Attorneys

Date: February 25, 2014

| Current and Former Judges | |
|---|---|
| ✓ Ball | Carol |
| Barbalunga | Alf |
| Baylor | Robert |
| Blitzman | Jay |
| Borders | Bettina |
| ✓ Botsford | Margot |
| Brennan | Robert |
| Brownell | Thomas |
| Calagione | Robert |
| ✓ Carey | Paula |
| Carpenter | Don |
| Chin | Richard |
| Coffey | James |
| Coffey | Kathleen |
| ✓ Connelly | Linda |
| ✓ Connon | Richard |
| ✓ Cordy | Robert |
| ✓ Coven | Mark |
| Crimmins | Francis |
| Cunningham | Kevan |
| Cunningham | Kevan |
| Dawley | Paul |
| ✓ DelVecchio | Suzanne |
| Donnelly | David |
| ✓ Dortch-Okara | Barbara |
| Doyle | Peter |
| Dunn | Deborah |
| Dusek-Gomez | Nancy |
| Edgerton | Mike |
| Flynn | Patricia |
| Flynn | Maurice |
| ✓ Ford | Daniel |
| Fox | Patrick |
| Gaffney | Kevin |
| Garinger | Gail |
| Garth | Lance |
| Garth | Lance |
| ✓ Giles | Linda |
| ✓ Haggerty | Jane |
| Hart | Joseph |
| Heffernan | Paul |
| ✓ Hillman | Timothy |
| Horgan | Thomas |
| ✓ Ireland | Roderick |
| Johnson | Charles |
| Johnson | Lee |

|   | Last | First |
|---|---|---|
|   | Johnston | Joseph |
|   | Josephson | Bertha |
|   | Julian | John |
| ✓ | Kane | Robert |
|   | Kilmartin | Peter |
|   | King | Ronald |
|   | Klein | Dyanne |
|   | LaStaiti | Elizabeth O'Neill |
|   | Lawton | Mark |
|   | Lewis | Paul |
| ✓ | Locke | Jeffrey |
|   | LoConto | Paul |
|   | Losapio | Paul |
|   | Mahoney | Paul |
|   | Mandell | Andrew |
| ✓ | Marshall | Margaret |
|   | May | Thomas |
|   | McCallum | Mary |
|   | McGuinness | James |
|   | Merrill | Chouteau |
|   | Minehan | Rosemary |
|   | Mori | Richard |
| ✓ | Mulligan | Robert |
| ✓ | Muse | Christopher |
|   | Nadeau | Gilbert |
|   | Nagle | David |
|   | Nickerson | Gary |
|   | O'Neill | James |
|   | Page | Tina |
|   | Pellegrino | Joseph |
|   | Pomerole | Michael |
| ✓ | Quinlan | Regina |
|   | Reardon | Joseph |
|   | Redd | Edward |
|   | Reynolds | Edward |
|   | Ross | David |
|   | Rufo | Robert |
|   | Ruma | Santo |
|   | Ryan | Michael |
|   | Sabaitis | Catherine |
|   | Sanchez | Jose |
|   | Savignano | Richard |
|   | Scandurra | Robert |
|   | Smoot | John |
| ✓ | Spina | Francis |
| ✓ | Sragow | Roanne |
|   | Waickowski | Paul |

|   | | |
|---|---|---|
|   | Walker | Neil |
|   | Welsh | Robert |
|   | Williams | Gregory |
|   |  |  |
|   |  |  |
|   | **Current and Former Legislators** |  |
|   | Alicea | Geraldo |
|   | Baddour | Steve |
|   | Birmingham | Tom |
|   | Bradley | Garrett |
|   | Brewer | Steven |
|   | Brown | Scott |
|   | Buoniconti | Stephen |
|   | Cahill | Tim |
| ✓ | Capuano | Michael |
|   | Chandler | Harriette |
|   | Costello | Mike |
|   | Creedon | Bob |
| ✓ | Delahunt | Bill |
|   | DeLeo | Bob |
|   | DiMasi | Sal |
|   | Fennell | Robert |
|   | Finneran | Tom |
|   | frank | Barney |
|   | Glodis | Guy |
|   | Gobi | Ann |
|   | Haddad | Patricia |
|   | Haley | Paul |
|   | Hart | Jack |
|   | Hillman | Reed |
|   | Honan | Kevin |
| ✓ | Keating | Bill |
|   | Knapik | Mike |
|   | Leary | James |
|   | Lees | Brian |
|   | Linsky | David |
|   | Lynch | Stephen |
| ✓ | Markey | Edward |
| ✓ | McGee | Thomas |
| ✓ | McGovern | Jim |
|   | Menard | Joan |
|   | Montigny | Mark |
|   | Moran | Michael |
|   | Morrissey | Mike |
|   | Murphy | Charles |
|   | Murray | Therese |
|   | Nangle | David |

|   | Last Name | First Name |
|---|---|---|
|   | Naughton | Harold |
| ✓ | Neal | Richard |
|   | O'Day | James |
|   | O'Flaherty | Gene |
|   | Pacheco | Marc |
|   | Panagiotakos | Steve |
|   | Parente | Marie |
|   | Peak | Sarah |
|   | Pedone | Vincent |
|   | Petrolati | Tom |
|   | Rice | Robert |
|   | Rogers | John |
|   | Rosenberg | Stanley |
|   | Rush | Mike |
|   | Rushing | Byron |
| ✓ | Tierney | John |
|   | Tisei | Richard |
|   | Tobin | Steve |
|   | Travaglini | Bob |
|   | Walsh | Marion |
|   | Walsh | Steve |
|   | Walsh | Martin |
| ✓ | Weld | William |
|   | **Current and Former Law Enforcement Officials** | |
|   | Ashe | Mike |
|   | Bellotti | Mike |
|   | Bennett | Bill |
|   | Blodgett | John |
|   | Capeless | David |
| ✓ | Coakley | Martha |
|   | Conley | Daniel |
|   | Cousins | Frank |
|   | Cummings | James |
| ✓ | Early | Joe |
|   | Flynn | Mike |
|   | Garvey | Bob |
| ✓ | Harshbarger | Scott |
|   | Massamiano | Carmen |
|   | McCormack | Mike |
|   | McDonald | Fred |
|   | O'Keefe | Mike |
| ✓ | Sullivan | Mike |
|   | Walsh | Paul |
|   | **Attorneys** | |
| ✓ | Kennedy | William |

| | |
|---|---|
| Lewin | Leonard |
| Martin | Kevin |
| Sicuso | Anthony |
| Sullivan | Daniel |
| Toscano | Daniel |
| ✓ Ware | Paul |