UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | NO. 12-CR-40026-WGY |
| ) | |
| **JOHN J. O'BRIEN, ET AL.** ) | |

## NOTICE OF APPEARANCE

Kindly enter the appearance of attorney Adamo L. Lanza as co-counsel of record in the above-captioned matter on behalf of defendant Elizabeth Tavares.

Date: May 5, 2014

Respectfully submitted,

/s/ *Adamo Lanza*
Adamo L. Lanza, BBO# 689190
J.A. Denner & Associates, P.C.
Four Longfellow Place, 35th Floor
Boston, MA 02114
Tel.   617.227.2800
Fax.   617.973.1562
alanza@dennerlaw.com

CERTIFICATE OF SERVICE

I, Adamo L. Lanza, hereby certify that this *Notice of Appearance*, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing [NEF] on May 5, 2014.

/s/ *Adamo Lanza*
Adamo Lanza