UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL ACTION |
| ) | NO.12-40026-WGY |
| JOHN J. O'BRIEN, ) | |
| ELIZABETH V. TAVARES, and ) | |
| WILLIAM H. BURKE, III ) | |

## JURY VERDICT

1. On the charge of mail fraud in the hiring on or about May 20, 2008 of PATRICK LAWTON, we find:

    John J. O'Brien

    _____ not guilty __(✓)__ guilty

    Elizabeth V. Tavares

    -aiding and abetting

    _____ not guilty __(✓)__ guilty

    -co-conspirator

    _____ not guilty __(✓)__ guilty

    William H. Burke, III

    ~~-co-~~conspirator

    __(✓)__ not guilty _____ guilty

2. On the charge of mail fraud in the hiring on or about April 8, 2008 of KELLY MANCHESTER we find:

    John J. O'Brien

    _____ not guilty __(✓)__ guilty

    Elizabeth V. Tavares

    -aiding and abetting

    _____ not guilty __(✓)__ guilty

-co-conspirator

_____ not guilty  (✓)  guilty

William H. Burke, III

-co-conspirator

(✓) not guilty  _____ guilty

3. On the charge of mail fraud in the hiring on or about March 11, 2008 of MELISSA MELIA, we find:

John J. O'Brien

_____ not guilty  (✓)  guilty

Elizabeth V. Tavares

-aiding and abetting

(✓) not guilty  _____ guilty

-co-conspirator

_____ not guilty  (✓)  guilty

William H. Burke, III

-co-conspirator

(✓) not guilty  _____ guilty

4. On the charge of mail fraud in the hiring on or about March 11, 2008 of PATRICIA MOSCA, we find:

John J. O'Brien

_____ not guilty  (✓)  guilty

Elizabeth V. Tavares

-aiding and abetting

(✓) not guilty  _____ guilty

-co-conspirator

_____ not guilty  (✓)  guilty

William H. Burke, III

-co-conspirator

__✓__ not guilty _____ guilty

5. On the charge of mail fraud in the hiring on or about August 30, 2007 of MICHAEL WHITE, we find:

John J. O'Brien

__✓__ not guilty _____ guilty

Elizabeth V. Tavares

-aiding and abetting

_____ not guilty _____ guilty

-co-conspirator

_____ not guilty _____ guilty

William H. Burke, III

-co-conspirator

_____ not guilty _____ guilty

6. On the charge of mail fraud in the hiring on or about August 30, 2007 of KEVIN O'BRIEN, we find:

John J. O'Brien

__✓__ not guilty _____ guilty

Elizabeth V. Tavares

-aiding and abetting

_____ not guilty _____ guilty

-co-conspirator

_____ not guilty _____ guilty

   William H. Burke, III

   -co-conspirator

   _____ not guilty _____ guilty

7. On the charge of mail fraud in the hiring on or about August ~~30,~~ 2007 of MARI ELENA SANCHEZ, we find:

   John J. O'Brien

   ✓ not guilty _____ guilty

   Elizabeth V. Tavares

   -aiding and abetting

   _____ not guilty _____ guilty

   -co-conspirator

   _____ not guilty _____ guilty

   William H. Burke, III

   -co-conspirator

   _____ not guilty _____ guilty

8. On the charge of mail fraud in the hiring on or about August ~~30,~~ 2007 of ANTHONY MATARAGAS, we find:

   John J. O'Brien

   ✓ not guilty _____ guilty

   ~~Eli~~zabeth V. Tavares

   -aiding and abetting

   _____ not guilty _____ guilty

   -co-conspirator

   _____ not guilty _____ guilty

   William H. Burke, III

   -co-conspirator

   _____ not guilty _____ guilty

9. As to the allegations of racketeering, we find:

John J. O'Brien

_____ not guilty  ___✓___ guilty

Elizabeth V. Tavares

_____ not guilty  ___✓___ guilty

If you find either of the two individuals accused guilty of racketeering, indicate below which of the specific alleged racketeering acts you unanimously find the government has proved beyond a reasonable doubt against that individual:

a. Alleged mail fraud in the hiring on or about May 20, 2008 of PATRICK LAWTON:

   John J. O'Brien          _____ not proven  ___✓___ proven

   Elizabeth V. Tavares

      aiding and abetting   _____ not proven  ___✓___ proven

      co-conspirator        _____ not proven  ___✓___ proven

b. Alleged mail fraud in the hiring on or about April 8, 2008 of KELLY MANCHESTER:

   John J. O'Brien          _____ not proven  ___✓___ proven

   Elizabeth V. Tavares

      aiding and abetting   _____ not proven  ___✓___ proven

      co-conspirator        _____ not proven  ___✓___ proven

c. Alleged mail fraud in the hiring on or about March 11, 2008 of MELISSA MELIA:

   John J. O'Brien          _____ not proven  ___✓___ proven

   Elizabeth V. Tavares

      aiding and abetting   ___✓___ not proven  _____ proven

      co-conspirator        _____ not proven  ___✓___ proven

d. Alleged mail fraud in the hiring on or about March 11, 2008 of PATRICIA MOSCA:

   John J. O'Brien          _____ not proven  ___✓___ proven

5

      Elizabeth V. Tavares

        aiding and abetting  __✓__ not proven  _____ proven

        co-conspirator  _____ not proven  __✓__ proven

e. Alleged mail fraud in the hiring on or about August 30, 2007 of MICHAEL WHITE:

    John J. O'Brien  __✓__ not proven  _____ proven

    Elizabeth V. Tavares

        aiding and abetting  _____ not proven  _____ proven

        co-conspirator  _____ not proven  _____ proven

f. Alleged mail fraud in the hiring on or about August 30, 2007 of KEVIN O'BRIEN:

    John J. O'Brien  __✓__ not proven  _____ proven

    Elizabeth V. Tavares

        aiding and abetting  _____ not proven  _____ proven

        co-conspirator  _____ not proven  _____ proven

g. Alleged mail fraud in the hiring on or about August 30, 2007 of MARI ELENA SANCHEZ:

    John J. O'Brien  __✓__ not proven  _____ proven

    Elizabeth V. Tavares

        aiding and abetting  _____ not proven  _____ proven

        co-conspirator  _____ not proven  _____ proven

h. Alleged mail fraud in the hiring on or about August 30, 2007 of ANTHONY MATARAGAS:

    John J. O'Brien  __✓__ not proven  _____ proven

    Elizabeth V. Tavares

        aiding and abetting  _____ not proven  _____ proven

        co-conspirator  _____ not proven  _____ proven

i. Alleged mail fraud in the hiring on or about July 6, 2006 of JOHN CHISHOLM:

John J. O'Brien        \_\_\_\_\_ not proven  \_\_✓\_\_ proven

Elizabeth V. Tavares

   aiding and abetting  \_\_\_\_\_ not proven  \_\_✓\_\_ proven

   co-conspirator       \_\_\_\_\_ not proven  \_\_✓\_\_ proven

j. Alleged mail fraud in the hiring on or about December 7, 2005 of BRIAN MIRASOLO:

   John J. O'Brien      \_\_\_\_\_ not proven  \_\_✓\_\_ proven

   Elizabeth V. Tavares

      aiding and abetting  \_\_✓\_\_ not proven  \_\_\_\_\_ proven

      co-conspirator       \_\_\_\_\_ not proven  \_\_✓\_\_ proven

k. Alleged mail fraud in the hiring on or about October 31, 2005 of DOUGLAS MACLEAN:

   John J. O'Brien      \_\_\_\_\_ not proven  \_\_✓\_\_ proven

   Elizabeth V. Tavares

      aiding and abetting  \_\_\_\_\_ not proven  \_\_✓\_\_ proven

      co-conspirator       \_\_\_\_\_ not proven  \_\_✓\_\_ proven

l. Alleged mail fraud in the promotion on or about February 3, 2006 of FRANK GLENOWICZ:

   John J. O'Brien      \_\_\_\_\_ not proven  \_\_✓\_\_ proven

   Elizabeth V. Tavares

      aiding and abetting  \_\_✓\_\_ not proven  \_\_\_\_\_ proven

      co-conspirator       \_\_\_\_\_ not proven  \_\_✓\_\_ proven

m. Alleged mail fraud in the promotion on or about April 1, 2005 of JOSEPH DOOLEY:

   John J. O'Brien      \_\_\_\_\_ not proven  \_\_✓\_\_ proven

   Elizabeth V. Tavares

      aiding and abetting  \_\_\_\_\_ not proven  \_\_✓\_\_ proven

      co-conspirator       \_\_\_\_\_ not proven  \_\_✓\_\_ proven

n. Alleged mail fraud in the further promotion on or about March 29, 2006 of JOSEPH DOOLEY:

John J. O'Brien    __✓__ not proven  _____ proven

Elizabeth V. Tavares

   aiding and abetting  _____ not proven  _____ proven

   co-conspirator       _____ not proven  _____ proven

o. Alleged mail fraud in the promotion on or about February 3, 2005 of BERNARD DOW:

John J. O'Brien    _____ not proven  __✓__ proven

Elizabeth V. Tavares

   aiding and abetting  __✓__ not proven  _____ proven

   co-conspirator       _____ not proven  __✓__ proven

p. Alleged mail fraud in the promotion on or about March 16, 2005 of AMY PARENTE:

John J. O'Brien    __✓__ not proven  _____ proven

Elizabeth V. Tavares

   aiding and abetting  _____ not proven  _____ proven

   co-conspirator       _____ not proven  _____ proven

q. Alleged mail fraud in the hiring on or about November 22, 2000 of KATHLEEN PETROLATI:

John J. O'Brien    __✓__ not proven  _____ proven

Elizabeth V. Tavares

   co-conspirator       _____ not proven  _____ proven

r. Alleged illegal gratuity in the hiring on or about November 22, 2000 of KATHLEEN PETROLATI:

John J. O'Brien    _____ not proven  __✓__ proven

s. Alleged bribery in the hiring on or about August 17, 2007 of DAVID FOURNIER:

John J. O'Brien    __✓__ not proven  _____ proven

8

ss. Alleged illegal gratuity in the hiring on or about August 17, 2007 of DAVID FOURNIER:

   John J. O'Brien  \_\_\_\_\_ not proven  _✓_ proven

t. Alleged bribery in the hiring on or about May 1, 2008 of MATTHEW CIPRIANI:

   John J. O'Brien  _✓_ not proven  \_\_\_\_\_ proven

   tt. Alleged illegal gratuity in the hiring on or about May 1, 2008 of MATTHEW CIPRIANI:

   John J. O'Brien  \_\_\_\_\_ not proven  _✓_ proven

u. Alleged bribery in the hiring on or about July 3, 2007 of MICHAEL SHERIDAN:

   John J. O'Brien  _✓_ not proven  \_\_\_\_\_ proven

   uu. Alleged illegal gratuity in the hiring on or about July 3, 2007 of MICHAEL SHERIDAN:

   John J. O'Brien  \_\_\_\_\_ not proven  _✓_ proven

v. Alleged bribery in the hiring on or about September 5, 2007 of STEPHEN WARE:

   John J. O'Brien  _✓_ not proven  \_\_\_\_\_ proven

   vv. Alleged illegal gratuity in the hiring on or about September 5, 2007 of STEPHEN WARE:

   John J. O'Brien  \_\_\_\_\_ not proven  _✓_ proven

w. Alleged bribery in the hiring on or about May 22, 2008 of JOHN LANGONE:

   John J. O'Brien  _✓_ not proven  \_\_\_\_\_ proven

   ww. Alleged illegal gratuity in the hiring on or about May 22, 2008 of JOHN LANGONE:

   John J. O'Brien  \_\_\_\_\_ not proven  _✓_ proven

x. Alleged bribery in the hiring on or about April 25, 2008 of KENNETH WEIAND:

   John J. O'Brien  _✓_ not proven  \_\_\_\_\_ proven

   xx. Alleged illegal gratuity in the hiring on or about April 25, 2008 of KENNETH WEIAND:

       John J. O'Brien    \_\_\_\_\_ not proven  (✓) proven

y. Alleged bribery in the hiring on or about April 25, 2008 of GAVIN FLANAGAN:

       John J. O'Brien  (✓) not proven  \_\_\_\_\_ proven

  yy. Alleged illegal gratuity in the hiring on or about April 25, 2008 of GAVIN FLANAGAN:

       John J. O'Brien  \_\_\_\_\_ not proven  (✓) proven

z. Alleged bribery in the hiring on or about May 1, 2008 of RICHARD PHILBIN:

       John J. O'Brien  (✓) not proven  \_\_\_\_\_ proven

  zz. Alleged illegal gratuity in the hiring on or about May 1, 2008 of RICHARD PHILBIN:

       John J. O'Brien  \_\_\_\_\_ not proven  (✓) proven

10. As to the allegations of conspiracy to engage in racketeering, we find:

    John J. O'Brien

    \_\_\_\_\_ not guilty  (✓) guilty

    Elizabeth V. Tavares

    \_\_\_\_\_ not guilty  (✓) guilty

    William H. Burke III

    \_\_\_\_\_ not guilty  (✓) guilty

Date: 7-24-14

                                     _[signature]_
                                      Forelady