UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                              **Criminal Action
No: 12-cr-40026-WGY**

**UNITED STATES
Plaintiff**

v.

**O'BRIEN et al
Defendant**

## SCHEDULING ORDER

**YOUNG, D.J.**

    An initial status conference on severed counts in accordance with LR 116.5 was held on 7/30/2014.

    Any substantive motions are to be filed by 1/5/2015.  See LR 116.3(E) and (H).

    Response to any motion is to be filed on or before 1/19/2015.  See LR 116.3(l).

    A Final Pretrial Conference will be held on 1/26/2015 at 2:00 PM.

    A joint memorandum in accordance with LR 116.5(C) is to be filed by 1/26/2015.

    A tentative trial date has been set for February 23, 2015 at 9:00 AM.

    The time between 8/21/2013 (Indictment) and 2/23/2015 (trial) is excluded with the agreement of the defendant in the interest of justice as stated on the record.

                                     By the Court,

                                     /s/ Jennifer Gaudet
                                     **Deputy Clerk**

August 4, 2014