UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | NO. 12-CR-40026-WGY |
| JOHN J. O'BRIEN, ET AL. | ) | |

### AFFIDAVIT OF ESTELA CORDEIRO

I, Estela Cordeiro, hereby depose and state:

1.  I am employed by the Massachusetts Trial Court as an Administrative Assistant in the Office of Court Management. I have held this position since 2000, within two departments. March 2000 – December 2006 I was with the Security Department and since December 2006 I have worked for Court Capital Projects.

2.  In my role as Administrative Assistant for Court Security I kept detailed records of all incoming application s and prepared spreadsheets that contained information regarding applicants for positions as Court Officers and Associate Court Officers within the Trial Court.

3.  One specific spreadsheet included a column for letters of recommendation as well as a column entitled "S/T." As keeper of the records, I created the spreadsheet as well as the column titles. The "S/T" column stood for "Sal" (Sal DiMasi) and "Travaglini" (Robert Travaglini).

4.  During periods that the Security Department was hiring, Acting Head of Security Thomas Connolly would give me a list of names of prospective applicants that indicated whether the applicant came from Sal DiMasi or Robert Travaglini. I took the initiative and placed either an "S" or a "T" in the "S/T" column of the spreadsheet if the applicant appeared on the list provided me by Mr. Connolly.

5.  I asked Mr. Connolly who the lists came from and he told me that he received the list of names from Chief Justice for Administration and Management Robert Mulligan and Chief of Staff Robert Panneton.

6.  The spreadsheet that I created was provided to CJAM Mulligan by electronic mail.

7.  I believe that the spreadsheet provided to attorneys for Mr. O'Brien was found on CJAM Mulligan's computer.  My computer had been destroyed in a flood in our office located on the 9th floor at 3 Center Plaza, Boston, MA.

8.  The individuals who were on the lists provided to me by Mr. Connolly were hired as Court Security Personnel.

9.  Attached as Exhibit A to this affidavit is a spreadsheet I created in or about December 2005.


Signed under the pains and penalties of perjury:

Estela Cordeiro

October 16, 2014
Date