

*The Commonwealth of Massachusetts*
*County of Norfolk*

OFFICE OF THE
SHERIFF



MICHAEL G. BELLOTTI
SHERIFF

P.O. BOX 149
200 WEST STREET
DEDHAM, MA 02027
(781) 751-3300
FAX (781) 407-0210

October 20, 2014

The Honorable William G. Young
United States District Court
John Joseph Moakley Courthouse – Suite 5710
1 Courthouse Way
Boston, MA 02210

Dear Judge Young:

It is an honor to be able to address this court on behalf of John O'Brien, a man whom I have known and respected for nearly two decades. Please know that my remarks are both heartfelt and earnest and are based on the many acts of kindness, consideration and professionalism that this man has exhibited over many years.

As a public servant myself, I saw firsthand how instrumental Mr. O'Brien was in developing and creating the Office of Community Corrections Centers and its programming. Although he has superb organizational skills, it was the intangible qualities that made him successful in this mission.

It is sometimes not the easiest task to deal with 14 Sheriffs, especially in a project as large and as complex as this one. For 14 Sheriffs have 14 different visions. And every one of us, including myself, has a myriad of obstacles they face unique to their own situation.

But as Probation Commissioner, Mr. O'Brien was there not to rule, but to assist us all. He helped the Sheriffs in many ways. He went to as many night public meetings as needed from Webster to Taunton to Quincy to Fitchburg to address the issues and concerns of our community residents. If a second meeting was needed, he would be there.

He was a peacemaker, not a conqueror. He drove for consensus and resolved perceived boundary issues between the Sheriffs and probation. He extended the statewide electronic monitoring program to Sheriffs' offices.

And one of the most important ways he helped the Sheriffs was to listen. He brought probation personnel and services into the communities, including the schools, and provided the resources necessary for additional home visits.

Helping others extended to his personal life as well. As a resident of Quincy, I couldn't count the number of lives he touched for the better. He started and coached for several years a girls and boys basketball tournament to benefit St. Anne's Parish. And when he stepped back from the leadership role, all he asked is that the funds raised helped as many kids as possible. He coached youth soccer as well. He ran a golf tournament to benefit a widow and her four children who lost their dad from cancer. He only discontinued the annual event when the widow called and said that they were fine now.

Additionally, he responded to a number of anguishing cries from local families whose loves ones were suffering from substance abuse. He would work with them to find them treatment even to the point of driving the person to a sober home or a facility.

When I related to his friends about how much good Jack did in the community, they would invariably respond, "That's who Jack is. He has always been that way. He always tried to do the right thing when helping others, even when he was young."

I realize that Mr. O'Brien's life has now changed dramatically. If it hadn't, he would not be before you for sentencing. But I wanted to let you know that there is much good in this man. He has touched the lives of many and been the salvation to some. I therefore respectfully and humbly ask you to take these words into consideration during your sentencing.

Sincerely,

Michael G. Bellotti, Sheriff
Norfolk County