**FEDERAL DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
51 SLEEPER STREET, 5TH FLOOR
BOSTON, MASSACHUSETTS 02210

TELEPHONE: 617-223-8061
FAX: 617-223-8080

November 12, 2014

Jennifer Gaudet, Courtroom Clerk for
Honorable William G. Young
1 Courthouse Way, Suite 2300
Boston, MA 02210

    **RE:**    **United States v. John J. O'Brien; Criminal No. 12-40026-WGY**

Dear Ms. Gaudet:

    Attached please find additional letters in support of Mr. O'Brien, which are being provided to the Court for the purpose of sentencing.

    Thank you and please feel free to call me if you have any questions.

                      Sincerely,

                      /s/ Stellio Sinnis
                      Stellio Sinnis

Enclosures