UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN J. O'BRIEN, ET AL. | No. 12-CR-40026-WGY |

WILLIAM BURKE'S NOTICE OF APPEAL

The defendant, William H. Burke, III, hereby appeals to the United States Court of

Appeals for the first Circuit from the judgment of conviction on count 1 of the indictment.

Respectfully submitted,

WILLIAM  H. BURKE, III
by his attorneys

/s/ John Amabile
John Amabile, Esq.
James C. Bradbury, Esq.

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)
and paper copies will be sent to those indicated as non-registered participants on December 1,
2014

/s/ John Amabile