IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN J. O'BRIEN | No. 12-CR-40026-WGY |

## NOTICE OF APPEAL

Notice is hereby given that the defendant, John J. O'Brien, appeals to the United States Court of Appeals for the First Circuit from the denial of all motions, the judgment of conviction, and the sentence imposed in this case. Judgment was entered on December 9, 2014. Mr. O'Brien has also appealed the order of the District Court denying continued release on bail pending appeal in the above-captioned matter (denied orally on November 13, 2014 followed by a written order dated November 25, 2014) to the United States Court of Appeals for the First Circuit.

Respectfully submitted,

JOHN J. O'BRIEN
by his attorneys

 /s/ Stylianus Sinnis
Stylianus Sinnis, Esq.
William W. Fick, Esq.
Christine DeMaso, Esq.
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
Boston, MA 02210
617-223-8061
WILLIAM_FICK@FD.ORG

## Certificate of Service

      I, William W. Fick, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 9, 2014.

                                                  /s/ Stylianus Sinnis