**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

---

Case Caption: United States of America v. John J. O'Brien

District Court Number: 12cr40026-WGY-1

---

Fee: Paid? Yes ____ No ____ Government filer ____ *In Forma Pauperis* Yes _X_ No ____

---

| | | | |
|---|---|---|---|
| Motions Pending | Yes ____ No _X_ | Sealed documents | Yes _X_ No ____ |
| *If yes, document #* | | *If yes, document #* | (see attached) |
| *Ex parte* documents | Yes _X_ No ____ | Transcripts | Yes _X_ No ____ |
| *If yes, document #* | (see attached) | *If yes, document #* | (see attached) |

---

Notice of Appeal filed by: Plaintiff/Petitioner ____ Defendant/Respondent _X_ Other: ____

Appeal from:

#701 Order

Other information:

---

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#699 and #701

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 699 filed on November 21, 2014.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 10, 2014.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

SEALED DOCUMENTS:

4, 22, 28, 31, 48, 52, 54, 61, 67,68, 82, 83, 96, 176, 187, 192, 208,212, 250, 252,256,257,258, 286,287,321-332, 343-353, 358, 365,392,393,399,400,410-414, 424, 429,457, 531, 532, 673

TRANSCRIPTS:

65,104,148,158-162,217,218,264-269,273,289,302,334,405,433,451-455,464-466,480,488-493, 517-519,521-525,,55,556,560,565,566,685,690,691

EX PARTE DOCUMENTS:

48,54, 286,287,399,400

MOTIONS PENDING: