# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: United States of America v. Elizabeth V. Tavares

District Court Number: 12cr40026-WGY-2

Fee: Paid? Yes _X_ No ____ Government filer ____ *In Forma Pauperis* Yes ____ No ____

Motions Pending  Yes ____ No _X_
*If yes, document #* _____

Sealed documents  Yes _X_ No ____
*If yes, document #* (see attached)

*Ex parte* documents  Yes _X_ No ____
*If yes, document #* (see attached)

Transcripts  Yes _X_ No ____
*If yes, document #* (see attached)

Notice of Appeal filed by: Plaintiff/Petitioner ____  Defendant/Respondent _X_  Other: ____

Appeal from:

#701 Order and #707 Judgment

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#701, #707, and #700

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 700 filed on November 24, 2014.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 10, 2014.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

SEALED DOCUMENTS:

5,61,82,83,96,181,187,192,193,212,251,252,256-258,321-332,343, 353, 358, 365, 392, 393, 399, 400,403,404,410-414,424,429,457,531,532,673

TRANSCRIPTS:

65,104,148,158-162,217,218,264-269,273,289,302,334,405,433,451-455,464-466,480,488-493, 517-519,521-525,555,556,560,565,566,685,690,691

EX PARTE DOCUMENTS:

233,399,400

MOTIONS PENDING: