# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: United States of America v. William H. Burke, III

District Court Number: 12cr40026-WGY-3

Fee: Paid? Yes ____ No ____ Government filer ____ *In Forma Pauperis* Yes _X_ No ____

Motions Pending Yes ____ No _X_
If yes, document # _____

Sealed documents Yes _X_ No ____
If yes, document # (see attached)

*Ex parte* documents Yes _X_ No ____
If yes, document # (see attached)

Transcripts Yes _X_ No ____
If yes, document # (see attached)

Notice of Appeal filed by: Plaintiff/Petitioner ____ Defendant/Respondent _X_ Other: ____

Appeal from:
#708 Judgment
Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#702 and #708

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 702 filed on December 1, 2014.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 10, 2014.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

SEALED DOCUMENTS:

6,61,82,83,96,152,187,192,212,252,256-258,321-332,342-353,358,365,392,393,399,400,410-414, 424,429,531,532,639,673

TRANSCRIPTS:

65,104,148,158-162,217,218,264-269,273,289,302,334,405,433,451-455,464-466,480,488-493,517-519, 521-525,555-556, 560,565,566,685,690,691

EX PARTE DOCUMENTS:

399,400

MOTIONS PENDING: