UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>      Plaintiff, )<br> ) <br>   v. )<br> )<br>WILLIAM H. BURKE III )<br>      Defendant. ) | COURT NO. 4:12-CR-40026-003-WGY |

## NOTICE OF ATTORNEY APPEARANCE

Please include the undersigned as local counsel for the plaintiff, United States of America, for the purposes of notification of filings in the above-captioned matter.

                                              Respectfully submitted,
                                              UNITED STATES OF AMERICA
                                              By its attorneys

                                              CARMEN M. ORTIZ
                                              United States Attorney


                             By:   /s/ Christopher R. Donato
                                              CHRISTOPHER R. DONATO
                                              Assistant U.S. Attorney
                                              BBO# 628907
                                              1 Courthouse Way, Suite 9200
                                              Boston, MA 02210
                                              (617) 748-3303
                                              Chris.Donato@usdoj.gov

DATE: January 14, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on this date, this document was filed through the ECF system electronically and to any registered participants and/or a paper copy was sent by mail to those indicated as non-registered participants.

                                              /s/ Christopher R. Donato
                                              CHRISTOPHER R. DONATO
                                              Assistant U.S. Attorney