UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | COURT NO. 4:12-CR-40026-003-WGY |
| ) | |
| WILLIAM H. BURKE III ) | |
| Defendant. ) | |

## SATISFACTION OF JUDGMENT

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the assessment, restitution and/or fine Judgment as to the defendant in the above-captioned matter, William H. Burke III, by payment in full.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:   /s/ Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney
BBO# 628907
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3303
Chris.Donato@usdoj.gov

DATE: January 14, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2015, this document was filed through the ECF system and sent to William H. Burke III located in Hatfield, MA, and sent electronically to any registered participants and/or a paper copy was sent by mail to those indicated as non-registered participants.

  /s/ Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney