# United States Court of Appeals
## For the First Circuit

---

No. 14-2312

UNITED STATES

Appellee

v.

JOHN J. O'BRIEN

Defendant – Appellant

---

**ORDER OF COURT**

Entered: January 26, 2015
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of defendant-appellant's assented-to motion for voluntary dismissal, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b). Defendant-appellant's appeal shall proceed under No. 14-2314.

Mandate to issue forthwith.

By the Court:

/s/ Margaret Carter, Clerk

cc:  Judith H. Mizner
    Stylianus Sinnis
    William W. Fick
    Christine DeMaso
    Dina Michael Chaitowitz
    Karin Marie Bell
    Robert Averill Fisher
    Fred M. Wyshak Jr.
    Michael O. Jennings
    Helene Kazanjian
    Daniel P. Sullivan