# United States Court of Appeals
## For the First Circuit

No. 14-2312

UNITED STATES

Appellee

v.

JOHN J. O'BRIEN

Defendant - Appellant

**MANDATE**

Entered: January 26, 2015

    In accordance with the judgment of January 26, 2015, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

/s/ Margaret Carter, Clerk


cc:
Karin Marie Bell
Dina Michael Chaitowitz
Christine DeMaso
William W. Fick
Robert Averill Fisher
Michael O. Jennings
Helene Kazanjian
Judith H. Mizner
Stylianus Sinnis
Daniel P. Sullivan
Fred M. Wyshak Jr.