UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　　　)　　COURT NO. 4:12-CR-40026-002-WGY<br>　　　　　　　　　　　　　　　　　　)<br>ELIZABETH V. TAVARES　　　　　)<br>　　　　Defendant. ) | |

## NOTICE OF ATTORNEY APPEARANCE

Please include the undersigned as local counsel for the plaintiff, United States of America, for the purposes of notification of filings in the above-captioned matter.

　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA
　　　　　　　　　　　　　　　　　By its attorneys

　　　　　　　　　　　　　　　　　CARMEN M. ORTIZ
　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　By:　　/s/  Christopher R. Donato
　　　　　　　　　　　　　　　　　CHRISTOPHER R. DONATO
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　BBO# 628907
　　　　　　　　　　　　　　　　　1 Courthouse Way, Suite 9200
　　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　　(617) 748-3303
　　　　　　　　　　　　　　　　　Chris.Donato@usdoj.gov

DATE: February 17, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on this date, this document was filed through the ECF system electronically and to any registered participants and/or a paper copy was sent by mail to those indicated as non-registered participants.

　　　　　　　　　　　　　　　　　 /s/  Christopher R. Donato
　　　　　　　　　　　　　　　　　CHRISTOPHER R. DONATO
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney