UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>        Plaintiff, )<br>                           )<br>    v.                              )<br>                           )<br>ELIZABETH V. TAVARES )<br>        Defendant. ) | COURT NO.  4:12-CR-40026-002-WGY |

**SATISFACTION OF JUDGMENT**

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the assessment, restitution and/or fine Judgment as to the defendant in the above-captioned matter, Elizabeth Tavares, by payment in full.

                Respectfully submitted,

                CARMEN M. ORTIZ
                United States Attorney

      By:    /s/  Christopher R. Donato
                   CHRISTOPHER R. DONATO
                   Assistant U.S. Attorney
                   BBO# 628907
                   1 Courthouse Way, Suite 9200
                   Boston, MA 02210
                   (617) 748-3303
                   Chris.Donato@usdoj.gov

DATE: February 17, 2015

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2015, this document was filed through the ECF system and sent to Elizabeth Tavares located in Newton, MA, and sent electronically to any registered participants and/or a paper copy was sent by mail to those indicated as non-registered participants.

                 /s/ Christopher R. Donato
                CHRISTOPHER R. DONATO
                Assistant U.S. Attorney